June 5, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON, Appellant

NO. 14-11-00498-CV                    V.

NICOLE PETTEWAY, Appellee

_____

This cause, an appeal from the trial court's order signed May 18, 2011 denying the plea to the jurisdiction filed by appellant University of Texas Medical Branch at Galveston ("UTMB"), was heard on the transcript of the record. We have inspected the record and find that appellee Nicole Petteway's pleadings and the undisputed facts negate the UTMB's alleged waiver of immunity. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing with prejudice appellee Nicole Petteway's claims against UTMB.

We order appellee Nicole Petteway to pay all costs incurred in this appeal. We further order this decision certified below for observance.